ELIZABETH McCORMACK, Respondent, *v.* B. F. KEITH CORPORATION, Appellant.

(Argued October 7, 1935; decided October 22, 1935.)

*Walter L. Glenney* and *Chauncey L. Grant* for appellant.
*Harry J. McDermott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., HUBBS and FINCH, JJ.